# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 20, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| TAMMY F.<br>*Plaintiff*<br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY<br>*Defendant* | Civil Action No. 1:25-CV-03106-ACE |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's motion to reverse and remand, ECF No. 10, is GRANTED IN PART. Defendant's motion to reverse, ECF No. 16, is GRANTED. The Commissioner's final decision is REVERSED, and this case is REMANDED to the Commissioner for additional proceedings consistent with the Order filed at ECF No.21.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ALEXANDER C. EKSTROM

Date: 2/20/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*